| | | |
|---|---|---|
| KENNETH LOWE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV409-010 |
| | ) | |
| UNNAMED DEFENDANT, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed.    Accordingly, the Report and

Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

SO ORDERED this 29th day of July, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA